### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| ADAM LEE, III,<br><br>                  Plaintiff,<br><br>vs.<br><br>PATRICK LABAT<br>in his Individual AND official capacities as Fulton County Sheriff,<br><br>                  Defendant. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-01565-ELR |

### J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of defendant's motion to dismiss for failure to state a claim, and the court having granted said motion, it is

**Ordered and Adjudged** that the Court **dismisses without prejudice** Plaintiff's official capacity claims under Count One for compensatory relief and Count Two in its entirety. The Court **dismisses with prejudice** Plaintiff's official capacity claim under Count One for declaratory judgment and Plaintiff's individual capacity claims in their entirety. Dated at Atlanta, Georgia, this 5th day of May, 2025.

                                                  KEVIN P. WEIMER
                                                  CLERK OF COURT

                                    By:   s/A. White_____
                                                       Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
May 5, 2025
Kevin P. Weimer
Clerk of Court

By:   s/A. White_____
            Deputy Clerk